# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-17-00680-CR
NO. 03-17-00681-CR
NO. 03-17-00682-CR

**Freddie Ray Mulkey, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
NOS. CR2014-549, CR2015-522 & CR2016-880
HONORABLE DIB WALDRIP, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Freddie Ray Mulkey filed notices of appeal from his judgments of conviction for the offenses of possession of a controlled substance in penalty group 1, 4 grams or more but less than 200 grams (cause number CR2014-549); delivery of a controlled substance in penalty group 1, less than 1 gram (cause number CR2015-522); and possession with intent to deliver a controlled substance in penalty group 1, 1 gram or more but less than 4 grams (cause number CR2016-880), all of which were enhanced by Mulkey's prior felony convictions. *See* Tex. Health & Safety Code §§ 481.112(b), (c), .115(d); Tex. Penal Code § 12.42(d).

However, the trial court certified that each of these cases is a plea-bargain case and that Mulkey has no right of appeal. Mulkey and his counsel signed the trial court's certifications.

Accordingly, the appeals are dismissed.  *See* Tex. R. App. P. 25.2(a)(2), (d).


_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Pemberton and Goodwin

Dismissed for Want of Jurisdiction

Filed:   November 14, 2017

Do Not Publish